**No. 40004.**—Protest 943784–G of W. Kratt Co. (New York).

Opinion by SULLIVAN, J. The sample consists of the interior of a music box without the casing. They were found not to be musical instruments. On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, DECEMBER 5, 1938

**No. 40005.**—Protest 661252–G of Federal Knitwear Co. (New York).

Opinion by TILSON, J. Outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, ·T. D. 48416) was held dutiable under paragraph 1114 as claimed.

**No. 40006.**—Protests 631636–G, etc., of Japanese Silk Garment Co., Inc. (New York).

Opinion by TILSON, J. The record shows that the merchandise consists of baby shoes in chief value of silk or other yarns, embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 40007.**—Protest 479127–G of New York Hair Co., Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40008.**—Protests 75559–G, etc., of Globe Shipping Co. et al. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.